1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY M. BIANCHINI, SR.,                No.  2:18-cv-2892-EFB

12                 Plaintiff,

13         v.                                  ORDER

14   NANCY A. BERRYHILL, Acting
     Commissioner of Social Security,
15
                   Defendant.
16

17

18         Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915,

19   and he has submitted an affidavit in support of his application as required by 28 U.S.C.

20   § 1915(a)(1).  ECF No. 2.

21         Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action

22   in federal district court.  28 U.S.C. § 1914(a).  This court also requires a $50 administrative fee.

23   The court may authorize the commencement of an action without prepayment of fees and costs or

24   security therefor, by a person who submits an affidavit showing that he is unable to pay such

25   costs or give security therefor.  28 U.S.C. § 1915(a)(1).  An *in forma pauperis* applicant must

26   demonstrate that because of his poverty, he cannot meet court costs and still provide himself and

27   his dependents with the necessities of life.  *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307

28   (11th Cir. 2004) (affidavit is sufficient if it represents that the litigant is "unable to pay for the

1

court fees and costs, and to provide necessities for himself and his dependents") (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)).

Plaintiff's affidavit indicates that his monthly net wages are $2,400, his spouse's monthly net wages are $1,200, and his monthly expenses total $1,960. ECF No. 2 at 1. He further states that he currently has $720 in a bank account, and he has no dependents relying on him for support. ECF No. 2 at 3. Based on those averments, the court finds that plaintiff has failed to demonstrate that he has insufficient assets to pay the filing fee and costs and provide the necessities of life to himself and his dependents. *See Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995) ("Requiring the payment of fees according to a plaintiff's ability to pay serves the dual aims of defraying some of the judicial costs of litigation and screening out frivolous claims."). Accordingly, plaintiff will be granted 21 days to submit the appropriate filing fee or provide further explanation as to why he is unable to pay the court fees and costs. Plaintiff is admonished that failure to pay the fee will result in a recommendation that the application to proceed *in forma pauperis* be denied and that the case be dismissed without prejudice.

Accordingly, it is ORDERED that within 21 days of the date of this order plaintiff shall submit the $400 filing fee or provide further explanation as to why he is unable to pay the court fees and costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: February 4, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE