HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

CEG/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| JEFFREY BIANCHINI, | ) | Case No. 2:18-cv-2892-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | |
| ANDREW M. SAUL[1], | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until September 4, 2019, in which to e-file his Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before October 4, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (fifteen opening briefs and five reply briefs

---

[1] As of June 4, 2019, Andrew M. Saul is the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as Defendant. No further action needs to be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
STIPULATION AND ORDER

due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has expressly stipulated to the requested relief.

Dated: August 5, 2019      */s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
JEFFREY BIANCHINI

Dated: August 5, 2019      */s/MICHAEL K. MARRIOTT*
MICHAEL K. MARIOTT
Special Assistant U.S. Attorney
Social Security Administration

IT IS ORDERED.

Dated: August 6, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER