McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| JEFFREY BIANCHINI, | ) | Case No. 2:18-cv-02892-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF** |
| v. | ) | **TIME AND** ~~**PROPOSED**~~ **ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief from May 13, 2020 up to and including June 12, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

    In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to

1 – Stipulation and Order Extending Def's Time

SSA facilities for health and safety only and moving rapidly toward a virtual work environment. Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads.

Counsel for Defendant, as well as all the support staff in that office, works in the State of California, where the governor has ordered all residents to stay home, effective March 19, 2020, until further notice. This order has led to reduced onsite staffing in Offices of the United States Attorney. Defendant's counsel coordinates closely with the United States Attorney's Office and relies on that office for certain types of administrative support. Moreover, the Governor's order and the decision of the Commissioner to implement full-time telework throughout the country has led to unanticipated strains on internet connectivity for SSA employees.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 13, 2020          */s/ Harvey Peter Sackett* *
                             Harvey Peter Sackett
                             (* *authorized by email*)
                             Attorney for Plaintiff

Dated: May 13, 2020          McGREGOR W. SCOTT
                             United States Attorney

                    By:      */s/ Michael K. Marriott*
                             MICHAEL K. MARRIOTT
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

2 – Stipulation and Order Extending Def's Time

**ORDER**

The requested extension is granted.  Defendant shall file his cross-motion for summary judgment and opposition to plaintiff's motion not later than June 12, 2020.

DATED:  May 14, 2020.

_____
UNITED STATES MAGISTRATE JUDGE