HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco California, 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY BIANCHINI, ) | Case No. 2:18-cv-02892-EFB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until August 23, 2020, in which to e-file his Reply to Defendants Cross-Motion for Summary Judgment.  This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due.  Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.  Defendant has no objection and has expressly stipulated to the requested relief.

1

STIPULATION AND ORDER

Dated:   July 24, 2020         /s/HARVEY P. SACKETT
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               JEFFREY BIANCHINI


Dated:   July 24, 2020         /s/MICHAEL K. MARRIOTT
                               MICHAEL K. MARIOTT
                               Special Assistant U.S. Attorney
                               Social Security Administration
                               [*As authorized by email 07/24/2020]

IT IS ORDERED.


Dated: July 29, 2020.

                               _____
                               EDMUND F. BRENNAN
                               United States Magistrate Judge

2

STIPULATION AND ORDER